IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Jana Harris | Reporter: C. Newburg |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: B. Young |
| **JAMES C. ROWLAND** | |
| counsel: Bruce Eddy | |
| counsel: | Date: May 1, 2008 |

CASE NO: 4:06CR00420-01-WRW

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 10:20 a.m.**                                                                                      **End: 10:40 a.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; BOP 6 months concurrent w/ADC; non-residential substance abuse treatment; $262.75 fine; no SR.**

**Court in recess.**

CourthearingMinutes.Revo.wpd